UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAVON WILLIAMS,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF TACOMA, *et al.*,<br><br>                Defendants. | Case No. C24-5056-DGE-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On March 6, 2025, the parties filed a stipulated motion to extend the discovery deadline by 45 days from March 16, 2025, to June 1, 2025. (Dkt. # 43.) The parties neglect to consider the effect the requested extension would have on the dispositive motions deadline, which is currently set for April 15, 2025. (Dkt. # 30.) Accordingly, the parties' motion (dkt. # 43) is DENIED.

The Clerk is directed to send copies of this Order to the parties and to the Honorable David G. Estudillo.

//

//

MINUTE ORDER - 1

Dated this 7th day of March, 2025.

                                        Ravi Subramanian
                                        Clerk of Court

                                  By: Tim Farrell
                                        Deputy Clerk

MINUTE ORDER - 2