UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAVON WILLIAMS,

          Plaintiff,

   v.

CITY OF TACOMA, *et al.*,

          Defendants.

Case No. C24-5056-DGE-MLP

ORDER

This matter is before the Court on the parties' stipulated motion to extend all case deadlines by 77 days due to illness experienced by both Plaintiff's counsel and Defendants'.[1] (Dkt. # 45 at 1.) The parties seek to push the discovery deadline from March 16, 2025, to June 1, 2025, and the dispositive motion deadline from April 15, 2025, to July 1, 2025. (*Id.* at 2.)

The Court, having reviewed the briefing of the parties and the balance of the record, and finding good cause, ORDERS that the current Order Setting Pretrial Schedule (dkt. # 30) be amended as follows:

| Event | Date |
|---|---|
| Discovery completed by | 6/1/25 |

---

[1] In the future, the parties are reminded to email a proposed order as required by Local Civil Rule 7(b)(1).

ORDER - 1

| All dispositive motions filed by | 7/1/25 |
|---|---|

The Clerk is directed to send copies of this Order to the parties and to the Honorable David G. Estudillo.

Dated this 11th day of March, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2